UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. TONIANNE J. BONGIOVANNI |
| v. | : | 26-mj-3048 (TJB) |
| WENDIS RODRIGUEZ | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States (Richard G. Shephard, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain Defendant Wendis Rodriguez in the above-entitled matter; and Wendis Rodriguez (through counsel Aidan O'Connor, Esq.) having consented to detention and reserved his right to seek pre-trial release at a later date; and for good cause shown:

IT IS, therefore, on this 18th day of September 2026,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that Wendis Rodriguez be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to Wendis Rodriguez's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Wendis Rodriguez be confined in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Wendis Rodriguez be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, Wendis Rodriguez shall be delivered to a United States marshal for the purpose of appearances in connection with court proceedings.

HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE